# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTONIO GREGORY BROOKS, | ) |
| | ) |
| Plaintiff, | ) |
| | )  Civil Action No. 1:23-cv-00189 (UNA) |
| v. | ) |
| | ) |
| U.S. ARMY 1ST INFORMATION | ) |
| OPERATIONS COMMAND, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is

**ORDERED** that plaintiff's application to proceed *in forma pauperis*, ECF No. 2, is **GRANTED**, and it is further

**ORDERED** that the complaint, ECF No. 1, and this case are **DISMISSED without prejudice**.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

Date: February 10, 2023

                                                        /s/
                                        RUDOLPH CONTRERAS
                                        United States District Judge